

RECEIVED
SEP 04 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANTONZO LEE BLANCHARD
PO BOX 089002 DIV1-B1-CELL9
CHICAGO, IL 60608
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

SUPERINTENDENT ANDREWS
CHIEF D. HOWELL #117
CAPTAIN DARCY
LIEUTENANT TUCKER
SERGEANT DEW
CORRECTIONAL OFFICER MOORE
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case 08cv5037
JUDGE GETTLEMAN
MAG. JUDGE COLE
(To

**CHECK ONE ONLY:**

__X__   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: ANTONZO LEE BLANCHARD

    B. List all aliases: NONE

    C. Prisoner identification number: 20080009406

    D. Place of present confinement: Cook County Jail

    E. Address: P.O. Box 089002 Div1-B1-Cell9 Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: SUPERINTENDENT ANDREWS

    Title: SUPERINTENDENT

    Place of Employment: Cook County Jail Department of Corrections

    B. Defendant: CHIEF D. HOWELL #117

    Title: CHIEF

    Place of Employment: Cook County Jail Department of Corrections

    C. Defendant: CAPTAIN DARCY

    Title: CAPTAIN

    Place of Employment: Cook County Jail Department of Corrections

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

D.
   DEFENDANT: LIEUTENANT TUCKER
   TITLE    : LIEUTENANT
   PLACE OF EMPLOYMENT: Cook County Jail Department of Corrections

E.
   DEFENDANT: SERGEANT DEW
   TITLE    : SERGEANT
   PLACE OF EMPLOYMENT: Cook County Jail Department of Corrections

F.
   DEFENDANT: CORRECTIONAL OFFICER MOORE
   TITLE    : CORRECTIONAL OFFICER
   PLACE OF EMPLOYMENT: Cook County Jail Department of Corrections

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: __N/A__

B. Approximate date of filing lawsuit: __N/A__

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __N/A__

D. List all defendants: __N/A__

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __N/A__

F. Name of judge to whom case was assigned: __N/A__

G. Basic claim made: __N/A__

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __N/A__

I. Approximate date of disposition: __N/A__

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

SUPERINTENDENT ANDREWS, CHIEF HOWELL, CAPTAIN DARCY, LIEUTENANT TUCKER, AND SERGEANT DEW, ARE RESPONSIBLE FOR THE ORDERLY RUNNING AND SAFETY OF THE SECTION DIVISION (1) ANYONE OF THE INDIVIDUALS LISTED COULD HAVE INVESTIGATED OR INTERVENE WHEN ACCUSATION ABOUT THE STRIP SEARCH BEING CONDUCTED. NONE OF THE ABOVE INDIVIDUALS DID NOTHING, THEREFORE SHOULD BE HELD ACCOUNTABLE FOR THE ACTIONS OF THERE CORRECTIONAL OFFICERS.

MY CLAIM IS: I ARRIVED HERE AT COOK COUNTY JAIL ON FEBURARY 8, 2008 AND WENT TO COURT ON THE FOLLOWING DATES FEBURARY 14, 29, MARCH 20, 21, APRIL 28, MAY 29, AN EVERYTIME I RETURNED FROM COURT I WAS ORDERED TO STRIP NAKE WHILE SURROUNDED BY OTHER DETAINEES I WAS DISCUSSED AND CONFUSED BY THESE ACTIONS. ON JULY 15, 2008 RETURNING FROM COURT AGAIN I WAS IN THE HALLWAY OF DIVISION (1) RIGHT NEXT TO THE VISITING HALL WITH ABOUT 35 OTHER COURT RETURN DETAINEES, WE ALL WAS ORDERED TO STRIP DOWN NAKE BY CORRECTIONAL OFFICER MOORE. I TOLD MOORE THAT I WAS NOT GOING TO STRIP AND HE OFFICER MOORE TOLD ME THAT IF I DID NOT THAT I

4

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

PLAINTIFF IS CLAIMING THAT DEFENDANTS VIOLATED HIS FOURTH AMENDMENT THE RIGHT TO BE SECURE IN THEIR PERSONS AGAINST UNREASONABLE SEARCHES, AND VIOLATED HIS EIGHT AMENDMENT BY IMPOSING CRUEL AND UNUSUAL PUNISHMENT, WITH THE ACTIONS OF THE HUMILIATING STRIP SEARCHES. THEFORE PLAINTIFF IS ASKING FOR COMPENSTORY DAMAGES AND PRAYS THIS COURT ENTER A JUDGEMENT IN THE SUM OF $50,000 DOLLARS COLLECTIVELY DIVIDED AS THE COURT SEE FIT.

VI. The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this AUGUST day of 28, 20 08

*Antonio L. Blanchard*
(Signature of plaintiff or plaintiffs)

ANTONIO L. BLANCHARD
(Print name)

2008 0009406
(I.D. Number)

P.O. BOX 089002 DIV-B1-CELL9
CHICAGO, IL 60608
(Address)

6