

FILED *MHN*

SEP 04 2008
SEP 04 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

**IN FORMA PAUPERIS APPLICATION**
**AND**
**FINANCIAL AFFIDAVIT**

*ANTONIO LEE BLANCHARD*
Plaintiff

*SUPERINTENDENT ANDREWS,*
*CHIEF HOWELL, LIEUTENANT TUCKER,*
*CAPTAIN DARCY, SERGEANT DEW,*
*CORRECTIONAL OFFICER MOORE*
Defendant(s)

08cv5037
JUDGE GETTLEMAN
MAG. JUDGE COLE

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, *ANTONIO LEE BLANCHARD*, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?     ☒Yes     ☐No   (If "No," go to Question 2)
    I.D. # *2008X009406*_____ Name of prison or jail: *COOK COUNTY JAIL*
    Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount:_____

2.  Are you currently employed?     ☐Yes     ☒No
    Monthly salary or wages: *NONE*
    Name and address of employer: *NONE*

    a.  If the answer is "No":
        Date of last employment: *NONE*
        Monthly salary or wages: *NONE*
        Name and address of last employer:_____

    b.  Are you married?     ☐Yes     ☒No
        Spouse's monthly salary or wages: *NONE*
        Name and address of employer: *NONE*

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.  Salary or wages                                          ☐Yes     ☒No
        Amount *NONE*_____ Received by *N/A*_____

b.　☐ Business, ☐ profession or ☐ other self-employment　　☐Yes　　☒No
Amount___N/A_____ Received by_____N/A_____

c.　☐ Rent payments, ☐ interest or ☐ dividends　　☐Yes　　☒No
Amount____N/A_____ Received by_____N/A_____

d.　☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
　　　　　　　　　　　　　　　　　　　　　　　　☐Yes　　☒No
Amount___N/A_____ Received by___N/A_____

e.　☐ Gifts or ☐ inheritances　　☐Yes　　☒No
Amount____N/A_____ Received by____N/A_____

f.　☐Any other sources (state source:___NONE_____)　☐Yes　☒No
Amount__N/A_____ Received by____N/A_____

4.　Do you or anyone else living at the same residence have more than $200 in cash or checking or
savings accounts?　　☐Yes　☒No　　Total amount:__NONE_____
In whose name held:___N/A_____ Relationship to you:____N/A____

5.　Do you or anyone else living at the same residence own any stocks, bonds, securities or other
financial instruments?　　　　　　　　　　　☐Yes　☒No
Property:_____N/A_____ Current Value:___N/A_____
In whose name held:___N/A_____ Relationship to you:___N/A_____

6.　Do you or anyone else living at the same residence own any real estate (houses, apartments,
condominiums, cooperatives, two-flats, three-flats, etc.)?　　☐Yes　☒No
Address of property:___N/A_____
Type of property:____N/A_____ Current value:____N/A_____
In whose name held:___N/A_____ Relationship to you:___N/A_____
Amount of monthly mortgage or loan payments:_____N/A_____
Name of person making payments:_____N/A_____

7.　Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile
homes or other items of personal property with a current market value of more than $1000?
　　　　　　　　　　　　　　　　　　　　☐Yes　☒No
Property:___N/A_____
Current value:_____N/A_____
In whose name held:_____N/A_____ Relationship to you:___N/A____

8.　List the persons who are dependent on you for support, state your relationship to each person and
indicate how much you contribute monthly to their support. If none, check here ☒No dependents

_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: *8-28-08*

*Antonio L. Blanchard*
Signature of Applicant

*ANTONIO LEE BLANCHARD*
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, *A. Blanchard*, I.D.# *200 800940*, has the sum of $ *.17* on account to his/her credit at (name of institution) *CCDOC*.
I further certify that the applicant has the following securities to his/her credit: *N/A*. I further certify that during the past six months the applicant's average monthly deposit was $ *N/A*.
(Add all deposits from all sources and then divide by number of months).

*8-20-08*
DATE

*M. Howanice*
SIGNATURE OF AUTHORIZED OFFICER

*M. Howaniec*
(Print name)

*CCDOC has no access to trust Funds prior to 6/30/08 until Further notice. (MH)*

rev. 10/10/2007

-3-

**Resident Funds Inquiry**
**Current User Name: PROGSERV** Logout

ResId: 20080009406        Submit

Resident Id: **20080009406**
Resident Name: **BLANCHARD , ANTONIO**
Date of Birth:
Location: **01B -01 -09**
**Account Activity:**                                                Prior History

| Date | Transaction Type | Transaction Description | Amount | Balance | Due | Total |
|------|------------------|-------------------------|--------|---------|-----|-------|
| 8/12/2008 | EPR | OID:100033818-ComisaryPurch-Reg | -4.03 | 0.17 | 0.00 | 0.17 |
| 7/29/2008 | EPR | OID:100022186-ComisaryPurch-Reg | -20.97 | 4.20 | 0.00 | 4.20 |
| 7/24/2008 | DEPMO | 332084 | 20.00 | 25.17 | 0.00 | 25.17 |
| 7/15/2008 | EPR | OID:100010199-ComisaryPurch-Reg | -5.03 | 5.17 | 0.00 | 5.17 |
| 7/12/2008 | ERF | OID:100000833-ComisaryRefund-Reg | 10.19 | 10.20 | 0.00 | 10.20 |
| 7/08/2008 | EPR | OID:100000833-ComisaryPurch-Reg | -10.19 | 0.01 | 0.00 | 0.01 |
| 6/30/2008 | DEBT FWD | ALL DEBT AT CONVERSION | 0.00 | 10.20 | 0.00 | 10.20 |
| 6/30/2008 | BALANCE FWD | BALANCE AT CONVERSION | 10.20 | 10.20 | 0.00 | 10.20 |

June 26, 2008

To:          All Cook County Department of Corrections Detainees

FROM:        The Office of the Executive Director

Re:          Commissary Deliveries

Effective July 1, 2008, there will be a new commissary vendor. During the transitional period, there will be no commissary deliveries during the week of June 30th through July 5th, 2008. During this week, all detainees will receive a commissary package provided by the Inmate Welfare Fund. Commissary deliveries will resume during the week of July 6th through July 12th, 2008.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604


ANTONIO BLANCHARD
REG# 20080009406
P.O. BOX 089002
CHICAGO, IL 60608


AUGUST 28, 2008


Re: A COURT ORDER MAYBE NEEDED FOR REST OF INMATE BALANCE:


DEAR U.S. DISTRICT COURT,


I AM COMPLETELY AWARE THAT THE FINACIAL AFFIDAVIT REQUESTES
FOR ME TO SEND A SIX (6) MONTH ACCOUNT TRANSACTION SHEET. HOWEVER
THE COOK COUNTY JAIL HAS UNDERWENT A CHANGE IN COMMISSARY
AND THE ACCOUNT SHEET I HAVE ENCLOSED ALONG WITH THE
MEMORANDUM FROM THE DIRECTOR OF THE TRANSITIONAL PERIOD.


I WOULD ASK THE COURTS NOT TO PENALIZE ME BY DISMISSING MY
CLAIM BECAUSE I CAN ONLY SEND THE COURT WHAT I WAS ABLE TO
OBTAIN FROM THE STAFF AT COOK COUNTY. THEREFORE THE COURTS CAN
SEND A SUBPOENA FOR THE REST OF THE ACCOUNT BALANCE SHEET IF
NECESSARY. BUT PLEASE DO NOT DISMISS MY CASE.
RESPECTFULLY SUBMITTED,
Antonio L. Blanchard