UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTONIO LEE BLANCHARD, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 5037 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Robert Gettleman |
| SUPERINTENDENT ANDREWS, | ) | |
| CHIEF D. HOWELL #117 | ) | Magistrate Judge Cole |
| CAPTAIN DARCY, LIEUTENANT TUCKER, | ) | |
| SERGEANT DEW, CORRECTIONAL | ) | |
| OFFICER MOORE, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR SUMMARY JUDGMENT

NOW COME Defendants SUPERINTENDENT ANDREWS, CHIEF D. HOWELL, CAPTAIN DARCY, LIEUTENANT TUCKER, SERGEANT DEW, AND CORRECTIONAL OFFICER MOORE, by their attorney ANITA ALVAREZ, State's Attorney of Cook County, through his assistant, Ronald Weidhuner, and moves for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

The attached Local General Rule 56.1(a) statement of material uncontested facts and memorandum of law in support of this motion set forth Defendant's position and are hereby incorporated into this motion.

    Respectfully Submitted,

    ANITA ALVAREZ

    State's Attorney of Cook County

    By: <u>s/Ronald Weidhuner6194834</u>
         Ronald Weidhuner
         Assistant State's Attorney
         500 Richard J. Daley Center
         Chicago, IL 60602
         (312) 603-5527